~~SEALED~~

ORDERED UNSEALED on 12/13/2021   s/ anthonyh

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHTON TYLON AMIR JORDAN,<br><br>Defendant. | MAGISTRATE CASE NO: '21 MJ03260<br><br><u>COMPLAINT FOR VIOLATION OF:</u><br><br>Title 18, U.S.C., Sec. 1591: Sex Trafficking by Force, Fraud, and Coercion<br><br>Title 18, U.S.C., Sec. 2421: Transportation for Purposes of Prostitution |

The undersigned Complainant, being duly sworn, states:

<u>COUNT 1</u>

From on or about June 15, 2021 to on or about July 10, 2021, within the Southern District of California and elsewhere, Defendant ASHTON TYLON AMIR JORDAN, in and affecting interstate or foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person (AF), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause AF to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

<u>COUNT 2</u>

On or about July 8, 2021, within the Southern District of California and elsewhere, defendant ASHTON TYLON AMIR JORDAN knowingly transported an individual (AF) in interstate commerce, with the intent that AF engage in prostitution, and any sexual

activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, section 2421(a).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Jessica Schick*
Jessica Schick
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 9 day of August, 2021.

*William V. Gallo*
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since January of 2017. I am currently assigned to the Child Exploitation Task Force of the San Diego Field Office, where I assist in the investigation of crimes concerning child exploitation and human trafficking. Prior to becoming an SA, I worked for the FBI in several different support roles between January of 2009 and January of 2017. Prior to joining the FBI, I worked for the National Center for Missing and Exploited Children (NCMEC). My experience as an FBI SA has included the investigation of cases involving the use of computers and the Internet to commit crimes. I am currently assigned to work crimes against children and human trafficking of children and adults, specifically, the sexual exploitation of children and adults to include various illicit commercial sex activities. I have been working with members of the San Diego Human Trafficking Task Force (SDHTTF) in an investigation into ASHTON TYLON AMIR JORDAN and his sex trafficking of an adult female in San Diego and elsewhere.

On July 11, 2021, Task Force Officers (TFOs) from the SDHTTF interviewed a 21-year-old woman (AF) at Scripps Mercy Hospital, who was being treated for pain in her knee, scratching, and bruising on her body. During that interview, AF told TFOs that she met "Greedy" or "Jordan" (later identified as Ashton Tylon Amir JORDAN) in Las Vegas, Nevada, in mid-June 2021, when he recruited her to work for him as a prostitute. Shortly thereafter, he drove her to Phoenix, Arizona to continue to perform commercial sex acts, and the week of July 8, 2021, he flew her to San Diego, California to continue to engage in commercial sex. (In a later interview, AF clarified that she and JORDAN had driven to San Diego from Phoenix.) AF stated that JORDAN took her two cell phones and used them to post commercial sex advertisements of her on various online websites, including megapersonals.com (MP)[1]. JORDAN did not let AF post her own advertisements on MP, although he occasionally let her post her advertisements on

---

[1] In my training and experience, I am familiar with megapersonals.com, which is a website operating in interstate commerce that is used to post advertisements offering commercial sex.

3

another website, skipthegames.com (SG)[2]. AF explained that JORDAN had "rules" for her including but not limited to: she was to keep her head down and not speak with other African-American males; she had to give him all the money she made from a commercial sex transaction immediately; and she had to walk in front of him when they walked together. If AF did not follow the rules, she stated that JORDAN would slap or punch her body. She was required to earn $1,800 each day, and she did not get any days off. AF stated that JORDAN bought himself clothes with the money she made. She stated that JORDAN kept all the money she earned from commercial sex encounters, and that he controlled what she ate, drank, and bought. In particular, AF stated that during her time with JORDAN in San Diego, he did not let her eat. According to AF, JORDAN had been violent with AF throughout the month she was with him, but she did not leave him in Arizona because she had no money or transportation, and she was not familiar with the area. She stated that JORDAN was mostly violent with AF when her family or friends contacted her.

AF related that on July 10, 2021, she had used her "trap" phone[3] to text family members. She told them she was not happy and wanted to leave. JORDAN later saw those text messages and while inside room #117 of the Baymont Hotel[4], he punched her multiple times all over her body. Then, while she was on the bed, JORDAN got on top of her, and held a pocketknife to her throat, and told her he was going to kill her. According to AF, she pleaded with him to stop and he eventually got off of her. A short time later, they were outside of the hotel room sitting on steps when she told him to just let her leave if he doesn't like her. JORDAN had previously threatened AF that if she left him, once he saw her, he would kill her. Upon her saying this, according to AF, JORDAN

---

[2] In my training and experience, I am familiar with skipthegames.com, which is a website operating in interstate commerce that is used to post advertisements offering commercial sex.
[3] In my training and experience, I am aware that individuals working in commercial sex will often have multiple cell phones. One is sometimes referred to as a "trap" phone and is used to communicate with sex buyers.
[4] The Baymont Hotel is located at 719 Ash Street, San Diego, California, in the Southern District of California.

then struck her on the side of the head. AF quickly stood up, and while barefoot with no belongings, she ran away from JORDAN. She reported that she ran to the lobby of the Baymont Hotel but it was locked. She ran to Ash Street and asked people for help, but they did not help her. She continued to run to a nearby Days Inn Hotel, located at 833 Ash Street, where she ran to the lobby, told the manager JORDAN was going to kill her, and begged him to let her inside. There, the manager told her to leave and locked the doors. AF reported to TFOs that she feared JORDAN had followed her, so she hid behind bushes and an ice machine until she ran into a guest at the hotel in room #406, who let her in and called 911. San Diego Police Department (SDPD) Officers responded to the scene. AF told them what had happened, and she was transported to Scripps Mercy Hospital for treatment for her injuries. At the hospital, she told the staff what had happened.

After obtaining AF's statement, TFOs took photographs documenting her injuries. She had abrasions on her elbows, hands, and both knees, and bruises on her right buttock and left ribcage. TFOs also contacted Baymont Hotel. They learned that JORDAN had already checked out, and had taken all personal belongings from inside the room with him. Baymont Hotel provided TFOs with the registry for the room, which confirmed that room #104 had been rented by JORDAN on July 9, 2021 and that on July 10, 2021 he had switched to room #117. A later review of hotel surveillance footage showed JORDAN and AF in the lobby of the Baymont Hotel together on July 9, 2021, checking in. Additional surveillance from cameras facing room #117 revealed that on July 10, 2021[5], multiple men entered and exited the room during JORDAN and AF's stay. TFOs observed repeated instances of JORDAN leaving room #117, followed minutes later by an unknown male arriving. After the unknown males were observed exiting, JORDAN

---

[5] In viewing the video surveillance facing room #117, TFOs realized that the date/time stamp of the video appears to be approximately 12 hours fast. They determined this based on the visible daylight, or lack thereof, in the video, as well as the timing of AF and JORDAN's check-in to the hotel and AF's flight from the hotel/contact with SDPD. Times and dates stated herein reflect TFO's corrections—for example, the surveillance footage stamped "July 11, 2021, 01:30:00" is in reality July 10, 2021, at approximately 13:30.

5

was then observed returning to the room. For example, on July 10, 2021, between 1:30 p.m. and 4:30 p.m., three men entered room #117, and then exited within 15 minutes. In each instance, JORDAN exited the room within minutes prior to the unknown males arriving, and positioned himself partially hidden in stairwells, but with a view of the parking lot. JORDAN watched as the males left and when they walked out of view of the camera, usually within minutes, he went back to room #117[6]. Surveillance footage from the night of July 10, 2021, also captured JORDAN striking AF on the head just before 10:00 p.m. on July 10, 2021. TFOs observed on the video that AF then ran away, and JORDAN chased after her. TFOs also reviewed surveillance footage from the Days Inn Hotel at 833 Ash Street. That footage showed AF running to the parking lot at approximately 10:07 p.m. Although the footage contains no audio, TFOs relayed that AF appeared distressed and scared, and appeared to have pleaded with the manager to let her into the lobby. They observed her then run to some bushes looking scared and upset, before going to the fourth floor and hiding behind an ice machine. AF was observed banging on the door to room #407 crying and screaming. The guests did not let her in. Eventually, some guests walked by and entered room #406 and let AF in until SDPD arrived.

TFOs located multiple online commercial sex advertisements on MP, in San Diego, California containing photographs of AF. The phone number associated with the advertisements, XXX-XXX-8800, is the same number that AF provided for JORDAN. Law enforcement database checks further confirmed that the number XXX-XXX-8800 was registered and owned by JORDAN. TFOs also located multiple online commercial sex advertisements on both MP and SG where the number associated with the advertisements was AF's, XXX-XXX-9118. The SG advertisements using AF's number were posted on May 22, 2021 and June 12, 2021, in Las Vegas, Nevada. Those

---

[6] Based on my training and experience, I know that this is consistent with the role that a trafficker would play, staying nearby to ensure that the commercial sex encounter is successful and returning at its conclusion to collect the money.

advertisements used the same photographs. On June 15, 2021, around the time that AF estimated she began working for JORDAN, a new advertisement was posted on MP out of Las Vegas, with new photographs and a new name for AF, "China". A few days later, that same advertisement appeared in Phoenix, AZ. The first advertisement in San Diego, California, which was associated with JORDAN's number, was located on MP dated July 8, 2021.

AF was shown a photographic line up and identified the picture associated with JORDAN as the individual who brought her to San Diego and forced her to engage in commercial sex.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.